1  Timothy D. Cohelan, SBN 60827
   Isam C. Khoury, SBN 58759
2  Michael D. Singer, SBN 115301
   J. Jason Hill, SBN 179630
3  **COHELAN KHOURY & SINGER**
   605 C Street, Suite 200
4  San Diego, CA 92101-5305
   TEL:  (619) 595-3001
5  FAX:  (619) 595-3000
   tcohelan@ck-lawfirm.com
6  ikhoury@ck-lawfirm.com
   msinger@ck-lawfirm.com
7  jhill@ck-lawfirm.com

8
   Attorneys for Plaintiff MICHAEL KARLBOM and
9  DONALD PRATKO on behalf of themselves and
   all others similarly-situated

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL KARLBOM and DONALD PRATKO on behalf of themselves and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>EDS, AN HP COMPANY; HEWLETT-PACKARD COMPANY, a Delaware Corporation; ELECTRONIC DATA SYSTEMS, LLC, a Delaware limited liability entity; ELECTRONIC DATA SYSTEMS CORPORATION, a Texas Corporation and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. 09CV0849 LAB (RBB)<br><br>**CLASS ACTION**<br><br>**CERTIFICATE OF SERVICE: FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES, RESTITUTION, INJUNCTIVE AND DECLARATORY RELIEF**<br><br>Complaint filed:  March 16, 2009<br>Trial Date:  None Set |

I, Matthew Atlas, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite. 200, San Diego, CA 92101.

On November 30, 2009, I instituted service of the forgoing document(s) described as:

***FIRST AMENDED* CLASS ACTION COMPLAINT FOR DAMAGES, RESTITUTION, INJUNCTIVE AND DECLARATORY RELIEF**

on the following parties:

**Counsel for Defendants**
Sabrina L. Shadi, Esq.
BAKER & HOSTETLER LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA 90025-7120

Gilbert P. Brosky, Esq.
Todd A. Dawson, Esq.
David A. Posner, Esq.
BAKER & HOSTETLER LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485

Kevin DeSantis, Esq.
BUTZ DUNN DeSANTIS & BINGHAM
101 W. Broadway, Suite 1700
San Diego, CA 92101
Telephone: (619) 233-4777
Facsimile: (619) 231-0341

in the following manner:

__x__ Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.casd.uscourts.gov.

Service will be deemed effective as provided for by General Order 550 of the District Court of California, Southern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed November 30, 2009, at San Diego, California.

_/s/ Matthew Atlas_
Matthew Atlas